| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Overstreet, Karen A. | 2. Court or Organization U.S. Bankruptcy Court - WD Wa | 3. Date of Report 05/22/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.Bankruptcy Judge-Full time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

| 7. Chambers or Office Address U.S. Courthouse 700 Stewart St., Rm. 7216 Seattle, WA 98101 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Judicial Liaison | CENTS (Consumer Education and Training Services), 501(c)(3) entity |
| 2. Member, Limited Liability Company | ▨ LLC |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 05/22/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Salaried attorney-contract partner - |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oregon State Bar Association | 4/26-29/12 | Seattle, WA | Conference speaker | Registration, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM Common Stock | B | Div | L | T | | | | | |
| 2. Microsoft Common Stock | D | Dividend | N | T | | | | | |
| 3. USAA Tax Exempt Money Market Fund | A | Dividend | J | T | | | | | |
| 4. Black Rock Global Allocation Fund (formerly Merrill Lynch) | A | Dividend | K | T | | | | | |
| 5. Brandes International Fund | | None | M | T | Buy (add'l) | 03/31/12 | J | | |
| 6. | | | | | Buy (add'l) | 06/30/12 | J | | |
| 7. | | | | | Buy (add'l) | 09/30/12 | J | | |
| 8. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 9. USAA G&I Fund #1 | A | Dividend | J | T | | | | | |
| 10. Gravina Island Partnership | | None | J | V | | | | | |
| 11. USAA G&I Fund #2 | A | Dividend | J | T | | | | | |
| 12. Alaska Power & Telephone Common Stock/ Appraisal 12/31/08 | A | Dividend | L | Q | | | | | |
| 13. PIMCO Total Return Fund | | None | O | T | Buy (add'l) | 03/31/12 | J | | |
| 14. | | | | | Buy (add'l) | 06/30/12 | J | | |
| 15. | | | | | Buy (add'l) | 09/30/12 | J | | |
| 16. Comcast Capital Corp. Common Stock | A | Dividend | J | T | | | | | |
| 17. Cisco Systems Common Stock | | None | | | Sold | 5/1/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fundamental Investors Fund | | None | N | T | Buy (add'l) | 03/31/12 | J | | |
| 19. | | | | | Buy (add'l) | 06/30/12 | J | | |
| 20. | | | | | Buy (add'l) | 09/30/12 | J | | |
| 21. Payden Short Term Bond Fund | | None | M | T | | | | | |
| 22. Rainier Balanced Institutional Fund | | None | | | Sold | 12/31/12 | M | | |
| 23. Schwab Stable Value Class III | | None | | | Sold | 3/31/12 | M | | |
| 24. Tamarack FDS Prime (formerly Great Hall,UTS EF Hutton▮▮▮▮) | A | Dividend | K | T | | | | | |
| 25. Tamarack FDS Prime (formerly Great Hall Invst FDR) | A | Dividend | J | T | | | | | |
| 26. Allez PhysiOnix Ltd. Common stock | | None | J | T | | | | | |
| 27. Washington Health Care- Group Health Bonds | B | Interest | K | T | | | | | |
| 28. Wash.St GO Motor Vehicle Bonds | C | Interest | | | Redeemed | 1/3/12 | L | | |
| 29. Levelland TX Cons ISD GO Bonds | B | Interest | K | T | | | | | |
| 30. Columbia Acorn Select Z fka Calamos Growth Fund | | None | | | Sold | 3/31/12 | L | | |
| 31. Goldman Sachs Small Cap Valuefund | | None | M | T | Buy (add'l) | 03/31/12 | J | | |
| 32. | | | | | Buy (add'l) | 06/30/12 | J | | |
| 33. | | | | | Buy (add'l) | 09/30/12 | J | | |
| 34. American Funds GR Fund of America | | None | | | Sold | 03/31/12 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T Rowe Price Mid Cap Value | | None | M | T | Buy (add'l) | 03/31/12 | J | | |
| 36. | | | | | Buy (add'l) | 06/30/12 | J | | |
| 37. | | | | | Buy (add'l) | 09/30/12 | J | | |
| 38. Clark County Skamania GO | B | Interest | | | Redeemed | 12/3/12 | K | | |
| 39. Spokane WA GO AMBAC | B | Interest | | | Redeemed | 12/28/12 | K | | |
| 40. King County WA Rural GO | B | Interest | L | T | | | | | |
| 41. Bristol Myers Squibb | A | Dividend | K | T | Buy (add'l) | 12/28/12 | J | | |
| 42. Aston Optimum Mid cap (formerly ABN AMRO Midcap) | A | Dividend | K | T | | | | | |
| 43. Artisan International Fund | A | Dividend | J | T | Buy (add'l) | 3/1/12 | J | | |
| 44. Harbor Cap MF | A | Dividend | K | T | | | | | |
| 45. Puget Sound Bank | A | Interest | K | T | | | | | |
| 46. Schwab Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 47. Port of Seattle Revenue Ref Intermediate Lien | B | Interest | K | T | | | | | |
| 48. Seattle WA GO Ref & Impt CPN 5% | B | Interest | | | Sold | 12/31/12 | K | | |
| 49. University NCWI (Sonata) | A | Interest | | | Redeemed | 1/3/12 | K | | |
| 50. Public Storage Series 1-7.5% | C | Interest | | | Sold | 5/1/12 | K | | |
| 51. Pierce County WA #1 GO | B | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Renton WA GO | B | Interest | K | T | | | | | |
| 53. Cowlitz County WA Pub Utility District #1 | B | Interest | K | T | | | | | |
| 54. Alaska Mun Bd Bk AkGO | B | Interest | K | T | | | | | |
| 55. Klickitat Cnty WA PUD #1 | B | Interest | K | T | | | | | |
| 56. Port Everett Wash Rev | B | Interest | K | T | | | | | |
| 57. Snohomish Cnty Wash School Dist GO | B | Interest | K | T | | | | | |
| 58. Washington ST GO MBIA Motor Vehicle Fuel | B | Interest | | | Redeemed | 7/2/12 | K | | |
| 59. Ishares MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 60. North Thurston Public Schools WASH G/O (KO Rollover) | B | Interest | L | T | | | | | |
| 61. Snohomish County WA School Distr. Everett G/O RFDG | B | Interest | K | T | | | | | |
| 62. King County School Dist. Bellevue | B | Interest | | | Redeemed | 12/03/12 | K | | |
| 63. Ishares Core S&P ETF (Midcap), formerly Ishares S&P Midcap | A | Dividend | K | T | | | | | |
| 64. Ishares S&P Small Cap | A | Dividend | L | T | Buy (add'l) | 3/5/12 | K | | |
| 65. Ishares S&P TR Dow Jones US Real Estate | A | Dividend | L | T | Buy (add'l) | 3/5/12 | J | | |
| 66. Ishares Core S&P ETF (500), frmy Ishares Trust S&P 500 Index | A | Dividend | K | T | | | | | |
| 67. Seattle Wash Wtr Sys Water Rev 2003 (DR) | A | Int./Div. | K | T | | | | | |
| 68. Central Puget Sound GO Regl Trans. Auth. (DR) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Spokane County Wash GO Serv (DR) | B | Interest | | | Sold | 12/28/12 | K | | |
| 70. Wash State Various Purp GO BUS 2009 A (DR) | B | Interest | L | T | | | | | |
| 71. Seattle Wash Water Sys Rev REDG (DR) | B | Interest | | | Redeemed | 3/14/12 | K | | |
| 72. Seattle Wash Water Sys Rev RFDG (DR) | B | Interest | K | T | | | | | |
| 73. King County Wash Pub Trans Sales Tax Bus 2004 (DR) | B | Interest | K | T | | | | | |
| 74. King County Limited Sewer G/O 2009 | B | Interest | M | T | | | | | |
| 75. Port of Seattle Rev Ser A Airports 2001A | B | Interest | | | Redeemed | 3/14/12 | L | | |
| 76. Tacoma WA Solid Waste Water/Sewer 2006B | B | Interest | K | T | | | | | |
| 77. King County Limited Tax G/O Sewer 2008 (Essential Service) | B | Interest | L | T | | | | | |
| 78. Central Puget Sound Regl Sound Transit 2007A | B | Interest | L | T | | | | | |
| 79. Okanogan Cnty Wash GO UTX (Sonata) | A | Interest | | | Redeemed | 12/3/12 | K | | |
| 80. Barcclay BK Ipath ETN (Sonata) | A | Dividend | | | Sold | 2/29/12 | J | | |
| 81. IShares EMRG Mkt Fd (Sonata) | A | Dividend | J | T | Buy (add'l) | 3/5/12 | J | | |
| 82. IShares Russell 1000 Val (Sonata) | A | Dividend | K | T | | | | | |
| 83. Goldman Sachs GRP Inc Mtn BE due 2024 | A | Interest | J | T | | | | | |
| 84. Merck & Co | A | Dividend | K | T | Buy | 03/19/12 | K | | |
| 85. | | Dividend | | T | Buy (add'l) | 12/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Eli Lilly & Co | A | Dividend | | | Buy | 3/19/12 | K | | |
| 87. | | | | | Sold | 12/28/12 | K | | |
| 88. Lockheed Martin Corp. | A | Dividend | | | Buy | 3/19/12 | K | | |
| 89. | | | | | Sold | 12/28/12 | K | | |
| 90. Exelon Corp. | A | Dividend | K | T | Buy | 03/19/12 | K | | |
| 91. AT&T, Inc. | B | Dividend | K | T | Buy | 03/19/12 | K | | |
| 92. | | | | T | Buy (add'l) | 12/28/12 | J | | |
| 93. Altria Group, Inc. | A | Dividend | K | T | Buy | 03/19/12 | K | | |
| 94. | | Dividend | | T | Buy (add'l) | 12/28/12 | J | | |
| 95. Verizon Communications, Inc. | A | Dividend | K | T | Buy | 03/19/12 | K | | |
| 96. | | Dividend | | T | Buy (add'l) | 12/28/12 | J | | |
| 97. Southern Co. | A | Dividend | K | T | Buy | 03/19/12 | K | | |
| 98. | | Dividend | | T | Buy (add'l) | 12/28/12 | J | | |
| 99. American Mutual Fund, Inc. | A | Dividend | K | T | Buy | 05/01/12 | K | | |
| 100. Capital World Growth & Income Fund Class A | A | Dividend | J | T | Buy | 05/01/12 | J | | |
| 101. Euro Pacific Growth Fund | A | Dividend | K | T | Buy | 05/01/12 | K | | |
| 102. Fundamental Investors, Inc. | A | Dividend | K | T | Buy | 05/01/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. New World Fund Inc. | A | Dividend | J | T | Buy | 05/01/12 | J | | |
| 104. New Economy Fund SBI | A | Dividend | J | T | Buy | 05/01/12 | J | | |
| 105. New Perspective Fund, Inc. | A | Dividend | J | T | Buy | 05/01/12 | J | | |
| 106. SmallCap World Fund, Inc. | A | Dividend | J | T | Buy | 05/01/12 | J | | |
| 107. ConocoPhillips-COP (Dain) | A | Dividend | K | T | Buy | 09/27/12 | K | | |
| 108. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 109. EPR Properties/Entertainment Properties Trust-EPR.C | A | Dividend | K | T | Buy | 09/27/12 | K | | |
| 110. Kinder Morgan Inc. | A | Dividend | K | T | Buy | 12/28/12 | K | | |
| 111. Intel Corp. | B | Dividend | K | T | Buy | 12/28/12 | K | | |
| 112. Duke Energy Corp. | A | Dividend | J | T | Buy | 12/28/12 | J | | |
| 113. Westcore Growth Fund (Sonata) | A | Dividend | J | T | Buy | 3/1/12 | J | | |
| 114. Westport Fund Class R (Sonata) | A | Dividend | J | T | Buy | 3/1/12 | J | | |
| 115. Sound Shore Fund, Inc. (Sonata) | A | Dividend | K | T | Buy | 3/1/12 | J | | |
| 116. Mainstay ICap Select EQ (Sonata) | A | Dividend | K | T | Buy | 3/1/12 | K | | |
| 117. IShares Russell 1000 Growth (Sonata) | A | Dividend | J | T | Buy | 3/5/12 | J | | |
| 118. New York, NY GO UTX 3% (Sonata) | A | Interest | K | T | Buy | 3/8/12 | K | | |
| 119. New York, NY GO UTX 3.75% (Sonata) | B | Interest | K | T | Buy | 12/21/12 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Austin, TX GO LTX 3% (Sonata) | B | Interest | K | T | Buy | 3/8/12 | K | | |
| 121. Baron Small Cap Institutional Index (JAR Ret) | | None | J | T | Buy | 12/31/12 | J | | |
| 122. Columbia TR Focused Large Cap (JAR Ret) | | None | N | T | Buy | 3/31/12 | N | | |
| 123. | | None | | | Buy (add'l) | 6/30/12 | J | | |
| 124. | | None | | | Buy (add'l) | 9/30/12 | J | | |
| 125. Galliard Retirement Income Fund (JAR Ret) | | None | M | T | Buy | 3/31/12 | M | | |
| 126. | | None | | | Buy (add'l) | 6/30/12 | J | | |
| 127. | | | | | Buy (add'l) | 9/30/12 | J | | |
| 128. Invesco International Growth Eq TR (JAR Ret) | | None | J | T | Buy | 12/31/12 | J | | |
| 129. Vanguard Institutional Index (JAR Ret) | | None | M | T | Buy | 3/31/12 | M | | |
| 130. | | | | | Buy (add'l) | 6/30/12 | J | | |
| 131. | | | | | Buy (add'l) | 9/30/12 | J | | |
| 132. Ivy Mid Cap Growth I (JAR 401k) | | None | L | T | Buy | 3/31/12 | L | | |
| 133. | | | | | Buy (add'l) | 6/30/12 | J | | |
| 134. | | | | | Buy (add'l) | 9/30/12 | J | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 05/22/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Alaska Power & Telephone stock was appraised on 12/31/11 at $21.13 per share.

LLC has no reportable assets at this time which are held as investments or for the production of income.

Gravina Island Partnership:  Karen Overstreet Date:  1/90  Cost:  $41
Date: 1/90  Cost:  $59

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Karen A. Overstreet**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544